In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to GILLEN PLACE, from Bushwick to Jamaica Avenues, in the Borough of Brooklyn. BROOKLYN UNION GAS COMPANY, Respondent-Appellant; CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent.—

Motions referred to the court that rendered the decision. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. (No. 394.) Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. (No. 412.) Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ. [See *ante*, p. 779.]